IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES M. MOORE,

    Plaintiff,

v.                                                            CASE NO. 4:04-cv-00001-MP-AK

MARY CURRY,
GLENDA EDWARDS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 45, Report and Recommendations of the Magistrate Judge, recommending that Defendants' motion for summary judgment, Doc. 27, be granted, and Plaintiff's amended complaint, Doc. 11, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Magistrate Judge filed the Report and Recommendations on Friday, September 30, 2005. The parties have been furnished a copy of the Report and Recommendations and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendations, I have determined that the Report and Recommendations should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendations, Doc. 45, is adopted and incorporated by reference in this order.

    2.    Defendants' motion for summary judgment, Doc. 27, is granted.

3. Plaintiff's amended complaint, Doc. 11, is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**DONE AND ORDERED** this  *8th* day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge